**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| DANIEL J. SMITH, III, : | |
| : | |
| Plaintiff, : | |
| v. : | Case No. 1:16-cv-2242 (CJN) |
| : | |
| HOLLAND, LP, : | |
| : | |
| Defendant : | |

**JOINT PRETRIAL STATUS REPORT**

Pursuant to the Court's February 13, 2020, Initial Pretrial Order, the parties submit the following Joint Pretrial Status Report.

1. **TRIAL TIME**

| PLAINTIFF WITNESSES ||
|---|---|
| **Witness** | **Time** |
| Daniel Smith | Total: 2 hours and 45 minutes (Direct: 2 hours, Cross: 45 minutes) |
| Lyle Rardon | Total: 1 hour (Direct: 30 minutes, Cross: 30 minutes) |
| Chris Hamlin | Total: 50 minutes (Direct: 30 minutes, Cross: 20 minutes) |
| Jamaal Haggie | Total: 50 minutes (Direct: 30 minutes, Cross: 20 minutes) |
| Justin McFerrin | Objection to use of videotaped deposition, as the witness is not unavailable Total: 1 hour (Direct: 30 minutes, Cross: 30 minutes) |
| William Davis | Total: 50 minutes (Direct: 30 minutes, Cross: 20 minutes) |
| Ed Muncie | Objection to use of videotaped deposition, as the witness is not unavailable Total:1 hour and 30 minutes (Direct: 1 hour, Cross: 30 minutes) |
| Andrew Off | Total: 50 minutes (Direct: 30 minutes, Cross: 20 minutes) |

| | |
|---|---|
| John Smith | Total: 30 minutes (Direct: 20 minutes, Cross: 10 minutes) |
| Alex Jackson | Total:30 minutes (Direct: 20 minutes, Cross: 10 minutes) |
| Lavina Ballard | Total:30 minutes (Direct: 20 minutes, Cross: 10 minutes) |
| James Thomas | Total:30 minutes (Direct: 20 minutes, Cross: 10 minutes) |
| Michael Ballard | Total:30 minutes (Direct: 20 minutes, Cross: 10 minutes) |
| Kitty Green | Total:30 minutes (Direct: 20 minutes, Cross: 10 minutes) |
| Michael Schulz * | Total:  2 hours and 15 minutes (Direct: 90 minutes, Cross: 45 minutes) |
| Gregory Paulsen * | Total: 2 hours (Direct: 1 hour, Cross: 1 hour) |
| Joel D. Fechter* | *De Bene Esse* Videotaped Deposition for Trial Total: 1 hour and 20 minutes |
| Dr. Alec Lebedun* | Pending: Holland, LP's Motion to Strike Total: 1 hour and 40 minutes (Direct: 1 hour, Cross: 40 minutes) |
| Dr. Thomas Borzilleri* | Pending: Holland, LP's Motion to Strike *De Bene Esse* Videotaped Deposition for Trial Total: 57 minutes |
| Mark Dennis * | Pending: Holland, LP's Motion to Strike Total: 2 hours (Direct: 90 minutes, Cross: 30 minutes) |
| **DEFENSE WITNESSES** | |
| **Witness** | **Time** |
| Justin McFerrin | Total: 1 hour and 30 minutes (Direct: 1 hour, Cross: 30 minutes) |
| Ed Muncie | Total:1 hour and 30 minutes (Direct: 1 hour, Cross: 30 minutes) |
| Christopher Cunningham | Total: 50 minutes (Direct: 20 minutes, Cross: 30 minutes) |
| Jamaal Haggie | If necessary, based on Plaintiff's Case in Chief Total: 1 hour and 30 minutes (Direct: 1 hour, Cross: 30 minutes) |
| Chris Hamlin | If necessary, based on Plaintiff's Case in Chief Total: 1 hour and 30 minutes (Direct: 1 hour, Cross: 30 minutes) |
| WMATA Corporate Representative (Michael John Thomas) | If necessary, based on Plaintiff's Case in Chief Total: 45 minutes (Direct: 30 minutes, Cross: 15 minutes) |

| | |
|---|---|
| Daniel J. Smith, III | If necessary, based on Plaintiff's Case in Chief<br>Total: 45 minutes<br>(Direct: 30 minutes, Cross: 15 minutes) |
| Ronald Adler* | Total:1 hour and 30 minutes<br>(Direct: 1 hour, Cross: 30 minutes) |
| Andrew Nieto* | Total: 1 hour and 30 minutes<br>(Direct: 1 hour, Cross: 30 minutes) |
| Kathleen Sampeck* | Total: 1 hour and 15 minutes<br>(Direct: 45 minutes, Cross: 30 minutes) |
| Dr. Nicole Johnson* | Total:1 hour and 15 minutes<br>(Direct: 45 minutes, Cross: 30 minutes) |
| Dr. Richard Conant* | Total: 1 hour<br>(Direct: 30 minutes, Cross:30 minutes) |

## 2. SETTLEMENT EFFORTS

The parties have engaged in, and are continuing to, engage in settlement discussions.

## 3. PENDING MOTIONS

The parties have the following motions still pending:

1. Defendant Holland, LP's Motion to Strike Plaintiff's Experts Dr. Borzilleri and Mark Dennis
2. Defendant Holland, LP's Motion to Strike Plaintiff's Expert Dr. Lebedun
3. Plaintiff's Motion in Limine to Exclude Prior Convictions (taken under advisement)

## 4. AGREED UPON EXHIBITS

The following exhibits offered by Plaintiff are not objected to and, thus, the parties agree to their admissibility:

- Plaintiff's Exhibit 4 (Color Drawings of Prime Mover)
- Plaintiff's Exhibit 5 (Contractor Fatality Investigation)
- Plaintiff's Exhibit 6 (WMATA-1000 Train Maintenance Work Instruction)
- Plaintiff's Exhibit 9 (Section 2.12- Specification for Fabrication of Continuous Welded Rail (HLP 1214-1219)
- Plaintiff's Exhibit 10 (Employee Policy Handbook)
- Plaintiff's Exhibit 23 (Appendix to Report of Gregory Paulsen (Photographs), October 29, 2013
- Plaintiff's Exhibit 48 (Report of Ronal Adler, March 14 2018)
- Plaintiff's Exhibit 49 (Report of Andrew Nieto, CSP, CHST, December 21, 2017)

- Plaintiff's Exhibit 52 (Report of Nicole Reid Johnson, M.D.)

The following exhibits offered by Holland, LP are not objected to and, thus, the parties agree to their admissibility:[1]

    A. Photograph of WMATA tunnel (Bates Number WMATA 1325)
    B. Photograph of WMATA tunnel (Bate Number WMATA 1290)
    C. Photograph of Rail Joint (Bates Number HLP 00373)
    F. Diagram of PMW01
    G. Photograph of PMW01 (Bates Number HLP00375)
    H. Photograph of PMW01 (Bates Number HLP 00328)
    I. Photograph of PMW01 (Bates Number HLP 00330)
    J. Photograph of PMW01 with Holland Welder Head (HLP 00352)
    K. Photograph of Pettibone Speed Swing (HLP 00332)
    L. Photograph of Pettibone Speed Swing (HLP 00335)
    M. Photograph of Pettibone Speed Swing hook (HLP 00333)
    N. Photograph of Pettibone Speed Swing hook (HLP 00334)
    P. Photograph of Rail Tongs (WMATA 1295)
    Q. Photograph of hydraulic hose connected to PMW01 (WMATA 1303)
    R. Photograph of Rail Finish Grinder
    S. Photograph of finish grinder on rail (WMATA 1300)
    T. Photograph of finish grinder on rail (WMATA 1302)
    U. Photograph of Hydraulic Hose (WMATA 1301)
    V. Photograph of Hot Upset (Bates Number WMATA 1339)
    W. Photograph of rail (HLP 00346)
    X. Photograph of rail (HLP 00344)
    Y. Photograph of rail and tunnel (HLP 00347)
    Z. Photograph of rail and tunnel (HLP 00348)
    AA. Photograph of welder head lamp on PMW01 (HLP 00302)
    MM. Holland Safety Rulebook, April 2006 (Bates Numbers HLP 1561- 1599)
    NN. Holland Safety Rulebook, November 2015 (Bates Numbers HLP 1501-1560)

---

[1] Defendant Holland, LP, intended to correct an error made in its initial Pretrial Statement in regard to the labeling of Defendant's Exhibit O in the Amended Pretrial Statement. However, Holland, LP, made the same error in the Amended Pretrial Statement. With Plaintiff's consent, Holland, LP. notes in this Joint Pretrial Status Report that Plaintiff will not object to Defendant's Exhibit O (WMATA's Mobile Operations Shutdown Coordination Workplan, WMATA 1222-1227) on procedural grounds. Accordingly, Defendant will not submit a Second Amended Pretrial Statement correcting the error.

| | |
|---|---|
| DANIEL J. SMITH, III<br>By Counsel<br><br>ChasenBoscolo Injury Lawyers<br><br>*/s/ Benjamin T. Boscolo (w/permission)*<br>Benjamin T. Boscolo, 412860<br>7852 Walker Drive<br>Suite 300<br>Greenbelt, Maryland 20770<br>Tel: 301-220-0050<br>Fax: 301-474-1230<br>bboscolo@chasenboscolo.com | HOLLAND, LP<br>By Counsel<br><br>CARR MALONEY P.C.<br><br>*/s/ Kenneth G. Stallard*<br>Kenneth G. Stallard #419443<br>Ashley A. Norton #1028872<br>Yasmin Bagha #1602520<br>2020 K Street NW, Suite 850<br>Washington, D.C. 20006<br>Tel: (202) 310-5500<br>Fax: (202) 310-5555<br>kenneth.stallard@carrmaloney.com<br>ashley.norton@carrmaloney.com<br>yasmin.bagha@carrmaloney.com |