**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | | |
|---|---|---|
| DANIEL J. SMITH, III, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:16-cv-2242 (CJN) |
| | : | |
| HOLLAND, LP, | : | |
| | : | |
| Defendant | : | |

### NOTICE OF SETTLEMENT

THE CLERK OF THE COURT will please note that this action is settled and should be removed from the Court's February 24, 2020 trial docket.  The parties request that this matter be set for a Status Conference at the Court's convenience in approximately thirty days to allow the parties time to agree to the terms of a written agreement and to prepare and file with the Court a final Praecipe of Dismissal.

Respectfully submitted,

DANIEL J. SMITH, III                                    HOLLAND, LP
By Counsel                                                    By Counsel

ChasenBoscolo Injury Lawyers                      CARR MALONEY P.C.


*/s/ Benjamin T. Boscolo (w/permission)*         */s/ Kenneth G. Stallard*
Benjamin T. Boscolo, 412860                          Kenneth G. Stallard #419443
7852 Walker Drive                                           Ashley A. Norton #1028872
Suite 300                                                          Yasmin Bagha #1602520
Greenbelt, Maryland 20770                             2020 K Street NW, Suite 850
Tel: 301-220-0050                                            Washington, D.C. 20006
Fax: 301-474-1230                                           Tel: (202) 310-5500
bboscolo@chasenboscolo.com                        Fax: (202) 310-5555
                                                                          kenneth.stallard@carrmaloney.com
                                                                          ashley.norton@carrmaloney.com
                                                                          yasmin.bagha@carrmaloney.com